1  Sean O. Anderson
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA, | Docket Number  6:20-po-00719-HBK |
12 | Plaintiff, | |
13 | v. | **MOTION TO DISMISS; AND ORDER THEREON** |
14 | | |
15 | RAMESH GURNANI, | |
16 | Defendant. | |
17
18      Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court
19 endorsed hereon, the United States hereby moves the Court for an order of dismissal without
20 prejudice and in the interest of justice.
21
22      Dated:  March 8, 2021            /S/ Sean O. Anderson
                                         Sean O. Anderson
23                                       Legal Officer
                                         Yosemite National Park
24
25
26
27
28
                                  1

ORDER

Upon review, the court grants the United States motion brought under Fed. R. Crim. Pro. 48 (Doc. No. 4) in the matter of *United States v. Gurnani*, case no. 6:20-po-00719-HBK.

Accordingly, it is ORDERED:

1. The warrant issued in this matter is recalled and the $100.00 fee assessed is rescinded.
2. Violation no. 9292189 is dismissed and the case is without prejudice, in the interest of justice.
3. The March 9, 2021 hearing scheduled in this matter is vacated.

IT IS SO ORDERED.

Dated:   March 8, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2